■ NATHAN BENDERSON, Respondent, v COMPUTER TASK GROUP, INC., Appellant. (Appeal No. 2.) [629 NYS2d 690] —Appeal from order and judgment insofar as it granted plaintiff's motion for summary judgment unanimously dismissed (see, Hughes v Nussbaumer, Clarke & Velzy, 140 AD2d 988) and order and judgment affirmed with costs. Same Memorandum as in Benderson v Computer Task Group (216 AD2d 922 [decided herewith]). (Appeal from Order and Judgment of Supreme Court, Erie County, Flaherty, J.—Summary Judgment.) Present—Denman, P. J., Pine, Wesley, Balio and Boehm, JJ.